UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: §
§
TSC/Nester's Landing, LLC § Case No. 17-25913
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MERRILL COHEN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 729,838.13    Claims Discharged
                                                Without Payment: 1,698,742.55

Total Expenses of Administration: 54,327.67

3) Total gross receipts of $784,165.80 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $784,165.80 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,400,000.00 | $1,493,914.42 | $1,540,673.20 | $729,838.13 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 47,828.54 | 47,828.54 | 47,828.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 6,499.13 | 6,499.13 | 6,499.13 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 298,742.55 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,698,742.55 | $1,548,242.09 | $1,595,000.87 | $784,165.80 |

4) This case was originally filed under chapter 11 on 11/28/2017, and it was converted to chapter 7 on 11/26/2019. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2021             By:/s/MERRILL COHEN, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 19'5 Turkey Point Road, Baltimore County (14 buildable lots) | 1110-000 | 632,973.13 |
| Cash Deposits with Baltimore County | 1129-000 | 149,817.00 |
| Accounts Receivable | 1221-000 | 1,375.67 |
| **TOTAL GROSS RECEIPTS** | | **$784,165.80** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baltimore County | | 0.00 | NA | NA | 0.00 |
| | Merritt Lending | | 1,400,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Merritt Lending | 4110-000 | NA | 1,480,334.80 | 1,480,334.80 | 669,499.73 |
| 1 | Baltimore County | 4700-000 | NA | 13,579.62 | 60,338.40 | 60,338.40 |
| TOTAL SECURED CLAIMS | | | $1,400,000.00 | $1,493,914.42 | $1,540,673.20 | $729,838.13 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MERRILL COHEN | 2100-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| MERRILL COHEN | 2200-000 | NA | 33.25 | 33.25 | 33.25 |
| Baltimore County, MD | 2500-000 | NA | 4,687.50 | 4,687.50 | 4,687.50 |
| Clerk, Circuit Court | 2500-000 | NA | 3,179.50 | 3,179.50 | 3,179.50 |
| Home Team Title | 2500-000 | NA | 1,335.00 | 1,335.00 | 1,335.00 |
| U.S. Trustee | 2950-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| COHEN, BALDINGER & GREENFELD | 3110-000 | NA | 2,293.29 | 2,293.29 | 2,293.29 |
| Exit Preferred Realty | 3510-000 | NA | 9,375.00 | 9,375.00 | 9,375.00 |
| Whitney-Wallace Commercial Real Estate Services LLC | 3510-000 | NA | 15,625.00 | 15,625.00 | 15,625.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $47,828.54 | $47,828.54 | $47,828.54 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): David W. Cohen | 6210-000 | NA | 6,499.13 | 6,499.13 | 6,499.13 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $6,499.13 | $6,499.13 | $6,499.13 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9033 Red Branch Road, LLC | | 1,075.00 | NA | NA | 0.00 |
| | AN&J Family Trust | | 103.00 | NA | NA | 0.00 |
| | F&S Associates | | 61,734.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Republic Services | | 120.00 | NA | NA | 0.00 |
| | Sanford Companies | | 115,477.90 | NA | NA | 0.00 |
| | Sanford Land Holdings | | 9,250.00 | NA | NA | 0.00 |
| | Stein Properties, Inc. | | 413.33 | NA | NA | 0.00 |
| | US Financial Capital | | 110,568.72 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $298,742.55 | $0.00 | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-25913 | TJC | Judge: | Thomas J. Catliota | Trustee Name: | MERRILL COHEN, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TSC/Nester's Landing, LLC | | | | Date Filed (f) or Converted (c): | 11/26/2019 (c) |
| | | | | | 341(a) Meeting Date: | 12/17/2019 |
| For Period Ending: | 05/17/2021 | | | | Claims Bar Date: | 02/04/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19'5 Turkey Point Road, Baltimore County (14 buildable lots) | 1,500,000.00 | 100,000.00 | | 632,973.13 | FA |
| 2. Cash Deposits with Baltimore County | 141,817.06 | 141,817.06 | | 149,817.00 | FA |
| 3. Accounts Receivable (u) | 0.00 | 61,734.60 | | 1,375.67 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,641,817.06     $303,551.66          $784,165.80     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #     1  --  Amended 3/16/18
RE PROP #     2  --  Amended 3/16/18

Initial Projected Date of Final Report (TFR):           Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) (Page: 7)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-25913  
Case Name: TSC/Nester's Landing, LLC  
Taxpayer ID No: XX-XXX7786  
For Period Ending: 05/17/2021

Trustee Name: MERRILL COHEN, TRUSTEE  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0421  
Checking  
Blanket Bond (per case limit): $3,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/05/20 | | Home Team Title | SALE OF REAL PROPERTY | | $18,750.00 | | $18,750.00 |
| | | | Gross Receipts  $782,790.13 | | | | |
| | | Merritt Lending 13805 Forsythe Road Sykesville, Md 21784 | SEcured Claim  ($669,499.73) | 4110-000 | | | |
| | | Baltimore County Office Of Law 400 Washington Ave 2D Floor Towson, Md 21204 | TAX LIEN CLAIM  ($60,338.40) | 4700-000 | | | |
| | | Whitney-Wallace Commercial Real Estate Services LLC | SALES AGENT(S) COMMISSION  ($15,625.00) | 3510-000 | | | |
| | | Exit Preferred Realty | SALES AGENT(S) COMMISSION  ($9,375.00) | 3510-000 | | | |
| | | Clerk, Circuit Court | EXPENSES OF SALE  ($3,179.50) | 2500-000 | | | |
| | | Baltimore County, MD | EXPENSES OF SALE  ($4,687.50) | 2500-000 | | | |
| | | Home Team Title | EXPENSES OF SALE  ($1,335.00) | 2500-000 | | | |
| | 1 | | 19'5 Turkey Point Road, Baltimore County (14 buildable lots)  $632,973.13 | 1110-000 | | | |
| | 2 | | Cash Deposits with Baltimore County  $149,817.00 | 1129-000 | | | |
| 02/12/21 | 3 | F&S Associates LP | ACCOUNT receivable | 1221-000 | $1,375.67 | | $20,125.67 |
| 04/22/21 | 2001 | MERRILL COHEN COHEN, BALDINGER & GREENFELD, LLC 2600 TOWER OAKS BLVD., SUITE 290 ROCKVILLE, MD  20852 | Distribution | | | $10,033.25 | $10,092.42 |

Page Subtotals:  $20,125.67   $10,033.25

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-25913 | Trustee Name: MERRILL COHEN, TRUSTEE |
| Case Name: TSC/Nester's Landing, LLC | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0421 |
| | Checking |
| Taxpayer ID No: XX-XXX7786 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 05/17/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($10,000.00) | 2100-000 | | | |
| | | MERRILL COHEN | Final distribution creditor account # representing a payment of 100.00 % per court order. ($33.25) | 2200-000 | | | |
| 04/22/21 | 2002 | U.S. Trustee<br>6305 Ivy Lane Suite 600<br>Greenbelt, Md 20770 | Final distribution to claim 3 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $1,300.00 | $8,792.42 |
| 04/22/21 | 2003 | COHEN, BALDINGER & GREENFELD<br>COHEN<br>BALDINGER & GREENFELD, LLC | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $2,293.29 | $6,499.13 |
| 04/22/21 | 2004 | David W. Cohen<br>1 North Charles Street<br>Suite 350<br>Baltimore, MD 21201 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6210-000 | | $6,499.13 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,125.67 | $20,125.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,125.67 | $20,125.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,125.67 | $20,125.67 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals: $0.00   $10,092.42

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0421 - Checking | $20,125.67 | $20,125.67 | $0.00 |
|  | $20,125.67 | $20,125.67 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $764,040.13 |
|---|---|
| Total Net Deposits: | $20,125.67 |
| Total Gross Receipts: | $784,165.80 |

Page Subtotals: $0.00 $0.00